**APPLICANT JIMMY CHARLES JOHNSON**          **APPLICATION NO. WR-40,336-06**

# APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

## ACTION TAKEN

**DISMISSED. NONCOMPLIANT WITH TEX. R. APP. P. 73.1.**

_Per Curiam_
JUDGE

4/1/15
DATE